**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6974**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DARRYL GLEN RILEY, a/k/a Kendu,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:98-cr-00101-RLW-1)

Submitted:  February 25, 2011          Decided:  March 21, 2011

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael S. Nachmanoff, Federal Public Defender, Amy L. Austin, Assistant Federal Public Defender, Richmond, Virginia, for Appellant.  Neil H. MacBride, United States Attorney, Richard D. Cooke, John S. Davis, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Glen Riley appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Riley's motion for appointment of counsel and affirm for the reasons stated by the district court. See United States v. Riley, No. 3:98-cr-00101-RLW-1 (E.D. Va. June 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED